UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TRAMAINE COLLIN KINNEY,
    Plaintiff,

vs.                                                Case No.:  3:25cv906/LAC/ZCB

ROBERT FLORES, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on July 10, 2025. (Doc. 6).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 6) is adopted and incorporated by reference in this order.

2.    This action is **DISMISSED without prejudice** under 28 U.S.C. § 1915(g) because Plaintiff is a three-striker who failed to pay the filing fee when he commenced this case.

3.    All pending motions are **DENIED as moot**.

4.  The Clerk of Court is directed to close the case.

**DONE AND ORDERED** this 21st day of July, 2025.

                                                 *s/L.A. Collier*
                                                 **LACEY A. COLLIER**
                                                 **SENIOR UNITED STATES DISTRICT JUDGE**